# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

WILLIE MATHEWS,

    Plaintiff,

v.                                        Case No: 5:16-cv-521-Oc-30PRL

SERVICE SMART MANAGEMENT, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims With Prejudice (Dkt. #5). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims With Prejudice (Dkt. #5) is GRANTED.

2. The terms of the settlement are approved.

3. This case is dismissed with prejudice.

4. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of October, 2016.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record